UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HUMAN SERVICES COUNCIL OF NEW YORK,

                    Plaintiff,

- against -

THE CITY OF NEW YORK,

                    Defendant.

**ORDER**

21 Civ. 11149 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Court will conduct a hearing on Plaintiff's motion for a preliminary injunction on **June 27, 2022, at 3:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

        The conference scheduled for June 7, 2022, is adjourned sine die.

Dated:  New York, New York
         June 3, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge