

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

T**HE** C**ITY OF** N**EW** Y**ORK**
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**RACHEL B. KANE**
Senior Counsel
Commercial and Real Estate Litigation
phone: (212) 356-2538
email: rakane@law.nyc.gov

March 7, 2023

**VIA ECF**
The Honorable Paul G. Gardephe
United States District Court Judge
United States District Court
Southern District of New York
40 Foley Square, Rm. 2204
New York, NY 10007

      Re:   *Human Services Council of New York, et al. v. The City of New York et al.*, 21-CV-11149 (PGG)

Your Honor:

      Defendants, City of New York, Eric Adams and Brad Lander, and Intervenor-Defendant, District Council 37, American Federation of State, County and Municipal Employees, AFL-CIO, write jointly, pursuant to Rule IV(H) of Your Honor's Individual Rules, to advise the Court that 90 days has passed since the submission of briefing of Defendants' and Intervenor-Defendant's motions to dismiss the Amended Complaint in the above-captioned action.

      Respectfully,

*s/ Rachel B. Kane*
Rachel B. Kane
Michael S. Adler
New York City Law Department
100 Church Street
New York, NY 10007
(212) 356-2538
rakane@law.nyc.gov
madler@law.nyc.gov

*s/ Richard F. Griffin, Jr.*
Richard F. Griffin, Jr.*
Leon Dayan*
Joshua A. Segal*
BREDHOFF & KAISER, P.L.L.C.
805 15th Street NW, Suite 1000
Washington, DC 20005
Phone: (202) 842-2600
Fax: (202) 842-1888
ckekacs@bredhoff.com
rgriffin@bredhoff.com

*Counsel for Defendants City of New York, Eric Adams and Brad Lander*

ldayan@bredhoff.com
jsegal@bredhoff.com

*Counsel for Intervenor District Council 37, AFCSME, AFL-CIO*

*Admitted *Pro Hac Vice*